UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MINH KHA HOANG PHAN,

        Petitioner,

    v.

P. COVELLO,

        Respondent.

No. 2:24-cv-3309-TLN-SCR

**ORDER**

Petitioner Minh Kha Hoang Phan ("Petitioner"), a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2025, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. This deadline has passed, and neither party has filed objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 12), are ADOPTED.
2. Respondent's motion to dismiss, (ECF No. 11), based on lack of jurisdiction is GRANTED.
3. Petitioner's habeas corpus application, (ECF No. 1), is DISMISSED without prejudice as it fails to raise a cognizable claim for relief affecting the fact or duration of his confinement.
4. The court DECLINES to exercise its discretion to convert this § 2254 petition to a civil rights complaint pursuant to 42 U.S.C. § 1983.
5. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: November 3, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2